**Max GELDZAHLER, Appellant, v. UNITED STATES of America, Appellee.**

No. 10758.

Circuit Court of Appeals, Fifth Circuit.

April 5, 1944.

A. C. Dressler and Bart A. Riley, both of Miami, Fla., for appellant.

H. S. Phillips, U. S. Atty., of Tampa, Fla., and Fred Botts, Asst. U. S. Atty., of Miami, Fla., for appellee.

Before SIBLEY, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

Our examination of the record and briefs reveals no error of substance in the trial below on the part of either the judge or jury.

The judgment is affirmed.